# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAMONE LASHAWN WILLIAMS,

Defendant.

Case No. 25-cr-240 (LMP/DTS)

**ORDER ADOPTING
REPORT AND
RECOMMENDATION**

---

Evan Gilead and Mary Riverso, **United States Attorney's Office, Minneapolis, MN**, for the United States of America.

Paul D. Sellers, **Minnesota Legal Defense, Eagan, MN**, for Defendant.

Defendant Ramone Lashawn Williams is charged with felon in possession of a firearm after being convicted of three or more violent felonies, in violation of 18 U.S.C. §§ 922(g)(1), 924(e). *See* ECF No. 1. Williams moved to dismiss the indictment insofar as it alleges that he is subject to the Armed Career Criminal Act ("ACCA"), which provides for stronger penalties than a mere felon-in-possession charge. ECF Nos. 34, 35. On February 4, 2026, United States Magistrate Judge David T. Schultz issued a Report and Recommendation ("R&R") recommending denial of Williams's motion. ECF No. 40. Magistrate Judge Schultz concluded that the proper time to challenge an ACCA designation is at sentencing, not through a pretrial motion to dismiss. *Id.* at 1.

Neither party timely objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per

curiam).  Finding no clear error, the Court adopts the R&R and denies Williams's motion without prejudice to challenging his ACCA designation at sentencing.

## ORDER

Based on the foregoing, and on all the files, records, and proceedings in this matter,

**IT IS HEREBY ORDERED** that:

1.  The R&R (ECF No. 40) is **ADOPTED** in full; and

2.  Williams's Motions to Dismiss or in the Alternative to Strike the ACCA Allegation (ECF Nos. 34, 35) are **DENIED WITHOUT PREJUDICE**.

Dated: March 6, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge